**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1222**

———————

MUHAMMED WALLIYULLAH KARIM ABDUL QADIR, a/k/a
Muhammad W.K. Abdul Qadir,

                             Plaintiff - Appellant,

     versus

CHARLES H. MCBRIDE, individually and as Ex-
Mayor and Head of Cheraw Town Council; BILL
TAYLOR, Sergeant, individually and as the
Cheraw Town Administrator; GEORGE HARTZELL,
individually and as the Magistrate for the
Town of Cheraw; JAMES TILLEY, individually and
as the Magistrate of the County of Chester-
field; HARRY DRAKEFORD, individually and as
Ex-Chief for the Town of Cheraw; J. A. GRAVES,
individually and Chief of the Cheraw City Po-
lice Department; JOHN SPEARS, individually and
as officer of the Cheraw City Police Depart-
ment; RANDY MALLOY, individually and as offi-
cer of the Cheraw City Police Department;
OFFICER MCCLAIN, individually and as officer
of the Cheraw City Police Department; UNKNOWN
NAMES OF INSURANCE COMPANIES OR AGENTS FOR
DEFENDANTS, individually and as agents for
each insurance company; UNKNOWN DEFENDANTS OF
THE CITY OF CHERAW; COUNTY OF CHESTERFIELD,
SOUTH CAROLINA; STATE OF SOUTH CAROLINA;
UNKNOWN DEFENDANTS OF CHESTERFIELD GENERAL
HOSPITAL, individually and in their official
capacity,

                             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Dennis W. Shedd, District Judge.
(CA-94-780-4-19BC)

———————

Submitted: July 23, 1996          Decided: July 30, 1996

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Muhammed Walliyullah Karim, Appellant Pro Se. Andrew Foster McLeod, GRIGGS, SPRUILL & HARRIS, Cheraw, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Karim Abdul Qadir v. McBride, No. CA-94-780-4-19BC (D.S.C. Feb. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED